UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**     **'O'**

| Case No. | CV15-2190-CAS(KKx) | Date | January 12, 2017 |
|---|---|---|---|
| Title | ALFRED ZAKLIT ET AL. v. NATIONSTAR MORTGAGE LLC | | |

Present: The Honorable    **CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present     Not Present

**Proceedings:** (IN CHAMBERS) - PLAINTIFFS ALFRED ZAKLIT AND JESSY ZAKLIT'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL (Dkt. 37, filed December 12, 2016)

    The Court is in receipt of plaintiffs' ex parte application to file under seal Exhibits A–K to the declaration of Adrian Bacon. See dkt. 37. Plaintiffs also seek to redact portions of Exhibits L–P and their memorandum in support of their motion for class certification. Id. Plaintiffs contend that they seek to file these materials under seal to honor defendant's designation that these materials contain information that could be characterized as trade secrets, account information of consumers, recordings of confidential communications, and other sensitive material. Id. at 1. Defendant opposes plaintiff's ex parte application, arguing that: (a) plaintiff's request to file Exhibits A–K entirely under seal is over-inclusive; and (b) plaintiffs' request for redactions of Exhibits L–P is under-inclusive.

    "[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." Nixon v. Warner Communications, Inc., 435 U.S. 589, 597 & n.7 (1978); see also Foltz v. State Farm Mutual Auto Insurance Comp., 331 F.3d 1124, 1134 (9th Cir. 2003) ("In this circuit, we start with a strong presumption in favor of access to court records."). The parties are directed to meet and confer and to file a stipulation as to what material is properly filed under seal, identifying any areas of disagreement, within **thirty (30) days** of the date of this order.

    IT IS SO ORDERED.

| | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |