Todd M. Friedman (216752)
Adrian R. Bacon (280332)
**Law Offices of Todd M. Friedman, P.C.**
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

*Attorneys for Plaintiffs*,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED ZAKLIT AND JESSY ZAKLIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. 5:15-CV-02190-CAS-KK<br><br>**NOTICE OF MOTION AND MOTION FOR APPROVAL OF NOTICE OF CLASS CERTIFICATION**<br><br>**Date: March 12, 2018**<br>**Time: 10:00 A.M.**<br>**Place: Courtroom 8D**<br>**Judge**: **Hon. Christina A. Snyder** |

NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** that on or about March 12, 2018, at 10:00 a.m., before the Honorable Christina A. Snyder of the United States District Court, Central District of California, 350 West 1st Street, Los Angeles, CA. 90012 - Courtroom 8D, Plaintiffs Alfred Zaklit and Jessy Zaklit ("Plaintiffs") will move this Court for an **Order** Approving the Notice of Certification to the Class and the Notice Plan, as proposed by Plaintiffs. This motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, Supporting Declaration of Todd Friedman, and accompanying Exhibits, Supporting Declaration of Cameron Azari and its accompanying Exhibits, Proposed Order Granting instant Motion, and upon any additional evidence accepted by the Court in consideration of this motion

Dated**:** February 2, 2018          **Law Offices of Todd M. Friedman, P.C.**

                              By: /s/ Adrian R. Bacon
                                   Todd M. Friedman, Esq.
                                   Adrian R. Bacon, Esq.
                                   Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

Filed electronically on this 2nd day of February, 2018, with:

United States District Court CM/ECF system

Notification sent electronically on this 2nd day of February, 2018, to:

Honorable Judge Christina A. Snyder
United States District Court
Central District of California

Mary Kate Kamka
Erik Kemp
Severson & Werson

/s/ Adrian R Bacon
Adrian R Bacon
Law Offices of Todd M. Friedman
Attorney for Plaintiffs