UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED ZAKLIT AND JESSY ZAKLIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No.  5:15-cv-02190-CAS-KKx<br><br>[~~PROPOSED~~] ORDER GRANTING **JOINT STIPULATION TO CONTINUE THE DEADLINE FOR PLAINTIFF TO FILE THEIR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Hon. Christina A. Snyder] |

**IT IS HEREBY ORDERED,** good cause appearing, that:

1. Plaintiffs' deadline to file a Motion for Preliminary Approval of Class Action Settlement by December 11, 2018, is hereby vacated;

2. Plaintiffs' Motion for Preliminary Approval of Class Action Settlement deadline shall be set for December 28, 2018.

Dated: December 17, 2018

*/s/ Christina A. Snyder*

By: _
 Hon. Christina A. Snyder
United States District Judge

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DEADLINE FOR PLAINTIFF TO FILE THEIR MOTION FOR PRELIMINARY APPROVAL -1-**