1  Todd M. Friedman (216752)
   Adrian R. Bacon (280332)
2  **Law Offices of Todd M. Friedman, P.C.**
3  21550 Oxnard St., Suite 780
   Woodland Hills, CA 91367
4  Phone: (877) 206-4741
5  Fax: (866)633-0228
   tfriedman@toddflaw.com
6  abacon@toddflaw.com

7
   *Attorneys for Plaintiffs*,
8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12 | ALFRED ZAKLIT AND JESSY          | Case No. 5:15-CV-02190-CAS-KK
   | ZAKLIT, individually and on behalf of |
13 | all others similarly situated,   | **PLAINTIFF'S     NOTICE     OF**
   |                                  | **LODGING    OF    [PROPOSED]**
14 |            Plaintiffs,           | **ORDER   GRANTING   MOTION**
   |                                  | **FOR CLASS CERTIFICATION**
15 |       vs.                        |
16 | NATIONSTAR MORTGAGE LLC and      | **Judge**: Hon. Christina A. Snyder
   | DOES 1 through 10, inclusive, and each |
17 | of them,                         |
18 |            Defendants.           |

19

20

21

22

23

24

25

26

27

28

NOTICE OF LODGING OF [PROPOSED] ORDER

1

2        Pursuant to the Honorable Court's request during oral argument on February

3    25, 2019, Plaintiffs hereby lodge a revised Proposed Order granting Plaintiffs' Motion

4    for Preliminary Approval of Class Action Settlement.

5                                 Respectfully submitted,

6

7                     **THE LAW OFFICES OF TODD FRIEDMAN P.C.**

8

9    Date: March 1, 2019              By:/s/ Adrian R. Bacon

10                                      Adrian R. Bacon
                                        *Attorney for Plaintiff*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

NOTICE OF LODGING OF [PROPOSED] ORDER

## <u>CERTIFICATE OF SERVICE</u>

Filed electronically on this 1st day of March, 2019, with:

United States District Court CM/ECF system

Notification sent electronically on this 1st day of March, 2019, to:

Honorable Judge Christina A. Snyder
United States District Court
Central District of California

Erik Kemp
Severson & Werson

<u>/s/ Adrian R. Bacon</u>
Adrian R. Bacon
Law Offices of Todd M. Friedman
Attorney for Plaintiff

---

NOTICE OF LODGING OF [PROPOSED] ORDER