# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED ZAKLIT AND JESSY ZAKLIT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>VS.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>Defendant. | Case No. 5:15-CV-02190-CAS-KKx<br><br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] ORDER |

The Court after reviewing the stipulation filed by the parties, good cause appearing, hereby GRANTS the parties' Joint Stipulation to extend the deadline for Class Members to opt out or object to the Settlement.

IT IS HEREBY ORDERED

1. The Order granting Preliminary Approval shall be amended such that the deadline by which Class Members may opt out of or object to the Settlement is

continued to July 30, 2019 and the deadline for Plaintiffs' Reply in Support of Final Approval shall be August 6, 2019; and

2. Class Counsel shall undertake efforts to instruct the Claims Administrator to update the Settlement Website to prominently display the amended deadline, as well as post copies of the Final Approval Motion and Motion for Attorneys' Fees and Costs, and the Order granting this Stipulation on the settlement website;

3. All other deadlines and dates shall remain the same.

Dated this 28th day of June, 2019.

*[signature]*
_____
The Honorable Christina A. Snyder