# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED ZAKLIT AND JESSY ZAKLIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>Defendant. | Case No.: 5:15-cv-02190-CAS-KK<br><br>**[PROPOSED] ORDER TO DISPERSE CY PRES FUNDS** |

IT IS HEREBY ORDERED THAT

Good cause having been shown in the Joint Stipulation to Disperse Cy Pres Funds, the Court orders approval that EPIQ Systems, the Class Action Administrator in this matter, shall pay the remaining balance of settlement fund of $15,341.59 as follows: 50% to The Electronic Privacy Information Center and 50% to MBA Open Doors, within thirty days.

The Court retains jurisdiction to enforce the terms set forth in this Stipulation and any other matter for which the Court has jurisdiction under the law.

Dated _____        By: _____
                                      Hon. Christina A. Snyder

# CERTIFICATE OF SERVICE

Filed electronically on this 29th Day of January, 2021, with:

United States District Court CM/ECF system.

Notification sent electronically on this 29th Day of January, 2021, to:

Honorable Christina A. Snyder
United States District Court
Central District of California

And All Counsel of Record as Recorded On The Electronic Service List

/s/ Todd M. Friedman, Esq.

Todd M. Friedman